UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                             Case No. 15-20008

Terrance Lombard,               Sean F. Cox
                                              United States District Court Judge

    Defendant.
_____/

## ORDER STRIKING DOCKET ENTRY NO. 60

Defendant Terrance Lombard ("Defendant"), who is scheduled to be sentenced in this criminal action on March 15, 2017, is represented in this action by counsel, Robert Kinney.

Nevertheless, a few weeks prior to his scheduled sentencing date, Defendant filed a *pro se* Motion for New Trial. (D.E. No. 54).

Since Defendant has counsel, Defendant is attempting to proceed in a "hybrid" fashion, both through his counsel and *pro se* by way of his motion. *See McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984). Although the Sixth Amendment guarantees defendants the right to conduct their own defense and even represent themselves, *see Farretta v. California*, the right of self-representation does not include the right to proceed in a hybrid manner. *McKaskle*, 465 U.S. at 183; *see also United States v. Mosely*, 810 F.2d 93, 97-98 (6th Cir. 1987). This Court will not allow Defendant to proceed in a hybrid manner in this action.

As a result, this Court struck Defendant's *pro se* submission, Docket Entry No. 54, in an Order issued on March 14, 2017. (D.E. No. 59).

On March 13, 2017, Defendant filed another *pro se* Motion for New Trial while represented by counsel, Docket Entry No. 60.

**IT IS ORDERED** that Docket Entry No. 60 is hereby **STRICKEN**.

**IT IS SO ORDERED.**

Dated:  March 15, 2017                             s/Sean F. Cox
                                                                      Sean F. Cox
                                                                      U. S. District Judge

I hereby certify that on March 15, 2017, the foregoing document was served on counsel of record via electronic means and upon Terrance Lombard via First Class mail at the address below:

Terrance Lombard 60100060
MILAN FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
MILAN, MI 48160

                                                                      s/J. McCoy
                                                                      Case Manager